FILED
03 NOV 26 AM 8:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
NOV 26 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIM McCULLOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| KENNETH C. GREGORY, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 01-JEO-1821-S |
| ) | |
| DAVID T. BURCH and REFRIGERATED ) | |
| CONSTRUCTION SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On October 9, 2003, the plaintiffs filed a motion for default judgment against defendant Refrigerated Construction Services, Inc. (hereinafter "Refrigerated"). (Doc. 35). The magistrate judge assigned this matter found that the default judgment is due to be granted as to Refrigerated. (Doc. 38). The only objection to the report and recommendation was filed by defendant David T. Burch. (Doc. 39). He asserts that to the extent the report and recommendation purports to adjudicate issues against him, it violates the provisions of Section 362 of the Bankruptcy Code. *See* 11 U.S.C. § 362. (*Id.*).

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and the objection of Burch. The court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the

magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the court finds that the plaintiffs are entitled to damages in the following amounts: McCullough - $77,424.00 and Gregory - $11,765.53 against Refrigerated. Counsel is entitled to attorney's fees and costs in the amount of $26,980.65 from Refrigerated. The findings and amounts specified herein are not binding on defendant Burch. An appropriate order will be entered.

DONE, this 25th day of November, 2003.

UNITED STATES DISTRICT JUDGE